UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FRED DANIEL REEVES, JR.

      Plaintiff,

v.                                                                    Case No. 04-71411

MIKE ENGELSGJERD, M.D.                         Honorable Patrick J. Duggan

      Defendant.
_____/


## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on February 6, 2006.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                   U.S. DISTRICT COURT JUDGE

On April 20, 2004, Plaintiff Fred Reeves filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. In his Complaint, Plaintiff alleges that Defendant Mike Engelsgjerd, M.D. violated his constitutional rights while Plaintiff was incarcerated at the Standish Maximum Correctional Facility in Standish, Michigan. Defendant filed a motion for summary judgment on May 12, 2005, which this Court granted on December 23, 2005. Presently before the Court is Plaintiff's motion for reconsideration, in which Plaintiff argues that the Court erred in finding that Defendant cannot show that Defendant

inaccurately diagnosed his medical condition.

Rule 7.1(g) provides that a motion for reconsideration only should be granted if the movant demonstrates that the Court and the parties have been misled by a palpable defect and that a different disposition of the case must result from a correction of such a palpable defect. *Id*. Plaintiff fails to show that the Court committed an error that would result in a different disposition of his case. As the Court held in it's December 23, 2005 Opinion and Order, Plaintiff presented no evidence to show that Defendant's diagnosis of his rash– even if inaccurate– was in retaliation for Plaintiff's conduct rather than a result of medical error.

Accordingly,

**IT IS ORDERED**, that Plaintiff's Motion for Reconsideration is **DENIED**.

                s/PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

Copies to:
Fred Daniel Reeves, Jr.
#241575
Alger Maximum Correctional Facility
P.O. Box 600
Munising, MI 49862

Ronald Chapman, Esq.